UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PRESTON GEORGE,<br><br>Defendant. | Case No. 3:24-cr-00038<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL AND RELATED PRETRIAL DEADLINES** |

The Defendant, David Preston George, by and through his attorney, Jennifer A. Braun, respectfully moves this Honorable Court for an Order continuing the trial date, currently set for October 8, 2024, and related pretrial deadlines herein at least ninety (90) days. As grounds for this motion, Defendant states as follows:

1. Mr. George is charged in an Indictment with the following offenses: Transportation of a Minor, Receipt of Images Depicting the Sexual Exploitation of Children, Distribution of Images Depicting the Sexual Exploitation of Children, and Possession of Images Depicting the Sexual Exploitation of Children.

2. Mr. George appeared for his arraignment and initial appearance on March 13, 2024.

3. Mr. George requires time to review discovery materials, enter negotiations regarding any possible plea agreements, and to prepare for trial.

4. Mr. George is detained in U.S. Marshal custody at the Sherburne County location, occasionally making contact with him more time-consuming, including delays.

5. Defense counsel has discussed this motion with Mr. George and informed him of his rights under the Sixth Amendment and the Speedy Trial Act. Mr. George has been informed that the delay occasioned by this motion is excluded from counting under the

Speedy Trial Act. Mr. George said he would waive his speedy trial rights and has executed a written waiver form, which will be filed forthwith.

6. Defense counsel has discussed this motion with Assistant United States Attorney Gary Delorme, and he has stated that the government does not object to the continuance.

For the reasons stated herein, Mr. George submits that the ends of justice would be served by granting a continuance in this case, because the failure to grant such a continuance would deny Mr. George reasonable time necessary for effective preparation. Defense counsel represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated this 29th day of August, 2024.

Respectfully submitted,

*/s/ Jennifer A. Braun*
Jennifer A. Braun (ND ID 06875)
Daniel E. Hopper (ND ID 06986)
Attorneys for David George
Aaland Law Office, LTD.
415 11th Street South
Fargo, ND 58103
701-232-7944
officemanager@aalandlaw.com